NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ECLIPSE IP LLC,**
*Plaintiff-Appellant,*

**v.**

**MCKINLEY EQUIPMENT CORPORATION,**
*Defendant-Appellee,*

AND

**DOGEARED JEWELS AND GIFTS LLC,
PAYBYPHONE TECHNOLOGIES, INC., SAFEWAY,
INC., VAPOUR ORGANIC BEAUTY INC., TITLE 9
SPORTS INC., BACKCOUNTRY.COM INC.,** AND **TRI
STAR MANAGEMENT SERVICES INC., DBA
LEGACY SUPPLY CHAIN SERVICES,**
*Defendants.*

---

2015-1023

---

Appeal from the United States District Court for the Central District of California in No. 2:14-cv-00154-GW-AJW, Judge George H. Wu.

---

**ON MOTION**

---

2                    ECLIPSE IP LLC v. MCKINLEY EQUIPMENT CORP.

## O R D E R

The parties jointly move to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


ISSUED AS A MANDATE: October 23, 2014



s30